*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DEBBIE POWELL                                                                                           PLAINTIFF

vs.                                      CASE NO. 4:08cv01850 JMM

METROPOLITAN LIFE INSURANCE COMPANY                                       DEFENDANT

## ORDER OF DISMISSAL

Having been notified by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed. All deadlines previously set are canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.   All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 13th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE